## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

PAULA REYNOLDS,

                Plaintiff,                        Case No.: 3:12-CV-334

vs.

COMMISSIONER OF                          District Judge Walter H. Rice
SOCIAL SECURITY,                      Magistrate Judge Michael J. Newman

                Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 16, 2014 (Doc. #19) is **ADOPTED** in full;

2. Plaintiff is **AWARDED** $4,400.00 in EAJA fees; and

3. The case is **TERMINATED** on the docket of this Court.

Date:  7-11-14                                                    

                                            Walter Herbert Rice
                                          United States District Judge